## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | Civil Action No._____ |

## COMPLAINT

Plaintiff Bristol-Myers Squibb Company ("BMS" or "Plaintiff"), by its attorneys, hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, against Defendants Dr. Reddy's Laboratories, Ltd. ("Dr. Reddy's Ltd.") and Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's Inc.," and together with Dr. Reddy's Ltd., "DRL").  This action relates to Abbreviated New Drug Application ("ANDA") No. 210082 filed by DRL with the U.S. Food and Drug Administration ("FDA").

2.      In ANDA No. 210082, DRL seeks approval to market 2.5 mg and 5 mg tablets of apixaban, generic versions of Plaintiff's Eliquis® drug product (the "DRL ANDA product"), prior to expiration of U.S. Patent No. 6,967,208 (the "'208 patent" or "patent-in-suit").

## PARTIES

3.      BMS is a corporation organized and existing under the laws of Delaware, having a place of business at Route 206 and Province Line Road, Princeton, New Jersey 08540.

4.      BMS is engaged in the business of creating, developing, and bringing to market revolutionary pharmaceutical products to help patients prevail against serious diseases, including treatments for thromboembolic disorders.   BMS sells Eliquis® in this judicial district and throughout the United States.

5.      Upon information and belief, Dr. Reddy's Ltd. is a corporation organized and existing under the laws of India, having its principal place of business at 8-2-337 Road No. 3, Banjara Hills, Hyderabad, 500034, India.

6.      Upon information and belief, Dr. Reddy's Inc. is a corporation organized and existing under the laws of the State of New Jersey, having its principal place of business at 107 College Road East, Princeton, New Jersey 08540.

## JURISDICTION AND VENUE

7.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 100, *et seq.*, and this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

8.      Venue is proper in this Court under 28 U.S.C. §§ 1391 and/or 1400(b), and this Court has personal jurisdiction over DRL.   DRL, through its counsel, by e-mail dated January 10, 2018, agreed that it does not contest jurisdiction or venue in this Court in this matter.

## PATENT-IN-SUIT

9.      On November 22, 2005, the U.S. Patent and Trademark Office duly and legally issued the '208 patent, titled "Lactam-Containing Compounds and Derivatives thereof as Factor Xa Inhibitors."   A true and correct copy of the '208 patent is attached hereto as Exhibit A.   The

claims of the '208 patent are valid, enforceable, and not expired.   BMS is the owner of the '208 patent and has the right to enforce it.

10.      BMS is the holder of New Drug Application ("NDA") No. 202155, by which the FDA granted approval for the marketing and sale of 2.5 mg and 5 mg strength apixaban tablets. BMS markets apixaban tablets in the United States, under the trade name "Eliquis®."   The FDA's official publication of approved drugs (the "Orange Book") includes Eliquis® together with the patent-in-suit.   Eliquis® is a factor Xa inhibitor indicated:   (1) to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation; (2) for the prophylaxis of deep vein thrombosis ("DVT"), which may lead to pulmonary embolism ("PE"), in patients who have undergone hip or knee replacement surgery; and (3) for the treatment of DVT and PE, and for the reduction in the risk of recurrent DVT and PE following initial therapy.   A copy of the complete prescribing information for Eliquis® approved in NDA No. 202155 is attached as Exhibit B.

### INFRINGEMENT BY DRL

11.      By letter sent by Federal Express on December 21, 2017, DRL notified BMS that DRL had submitted ANDA No. 210082 to the FDA under Section 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) ("the Eliquis Notice Letter").   BMS received the Eliquis Notice Letter no earlier than December 26, 2017.

12.      The Eliquis Notice Letter states that DRL seeks approval from the FDA to engage in the commercial manufacture, use, and sale of the DRL ANDA product before the expiration of the patent-in-suit.   Upon information and belief, DRL intends to – directly or indirectly – engage in the commercial manufacture, use, and sale of the DRL ANDA product promptly upon receiving FDA approval to do so.

13.    By filing ANDA No. 210082, DRL has necessarily represented to the FDA that the DRL ANDA product has the same active ingredient as Eliquis®, has the same dosage form and strength as Eliquis®, and is bioequivalent to Eliquis®.

14.    Upon information and belief, DRL is seeking approval to market the DRL ANDA product for the same approved indications as Eliquis®.

15.    In the Eliquis Notice Letter, DRL states that its ANDA contains a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) asserting that the patent-in-suit is invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, and sale of the DRL ANDA product.

16.    This Complaint is being filed before the expiration of forty-five days from the date BMS received the Eliquis Notice Letter.

## COUNT I

### (INFRINGEMENT OF THE '208 PATENT)

17.    Each of the preceding paragraphs 1 to 16 is incorporated as if fully set forth herein.

18.    DRL's submission of ANDA No. 210082 to obtain approval to engage in the commercial manufacture, use, offer to sell, or sale of the DRL ANDA product prior to the expiration of the '208 patent constituted a technical act of infringement of at least one of the claims of the '208 patent, either literally or under the doctrine of equivalents, including but not limited to claims 8, 13, 26-27, and 55-61, under 35 U.S.C. § 271(e)(2)(A).

19.    DRL's commercial manufacture, use, offer to sell, sale, or importation of the DRL ANDA product prior to the expiration of the '208 patent, and its inducement of and/or contribution to such conduct, would further infringe, either literally or under the doctrine of equivalents, at least one of the claims of the '208 patent including but not limited to claims 8, 13, and 26-27, under 35 U.S.C. §§ 271(a), (b) and/or (c).

20.     DRL's commercial manufacture, use, offer to sell, sale, or importation of the DRL ANDA product for the same treatment claimed in the '208 patent prior to the expiration of the '208 patent, and its inducement of and/or contribution to such conduct, would further infringe, either literally or under the doctrine of equivalents, at least one of the claims of the '208 patent, including but not limited to claims 55-61, under 35 U.S.C. §§ 271(a), (b) and/or (c).

21.     Upon FDA approval of DRL's ANDA No. 210082, DRL will infringe one or more claims of the '208 patent, either literally or under the doctrine of equivalents, including but not limited to claims 8, 13, 26-27, and 55-61, by making, using, offering to sell, and selling the DRL ANDA product in the United States and/or importing said product into the United States, or by actively inducing and contributing to infringement of the '208 patent by others, under 35 U.S.C. § 271(a)-(c), unless enjoined by the Court.

22.     If DRL's marketing and sale of the DRL ANDA product prior to expiration of the '208 patent and all other relevant exclusivities are not enjoined, BMS will suffer substantial and irreparable harm for which there is no remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1.     A judgment that the claims of the patent-in-suit are not invalid, are not unenforceable, and are infringed by DRL's submission of ANDA No. 210082, either literally or under the doctrine of equivalents, and that DRL's making, using, offering to sell, or selling in the United States, or importing into the United States the DRL ANDA product will infringe the claims of the patent-in-suit, either literally or under the doctrine of equivalents.

2.     An order pursuant to 35 U.S.C. § 271(e)(4)(A) providing that the effective date of any approval of ANDA No. 210082 shall be a date which is not earlier than the latest

expiration date of the patent-in-suit, including any extensions and/or additional periods of exclusivity to which Plaintiff is or becomes entitled.

3.    An order permanently enjoining DRL, its affiliates, subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, using, offering to sell, or selling in the United States, or importing into the United States the DRL ANDA product until after the latest expiration date of the patent-in-suit, including any extensions and/or additional periods of exclusivity to which Plaintiff is or becomes entitled.

4.    Damages or other monetary relief, including costs, fees, pre- and post-judgment interest, to Plaintiff if DRL engages in commercial manufacture, use, offers to sell, sale, or importation in or into the United States of the DRL ANDA product prior to the latest expiration date of the patent-in-suit, including any extensions and/or additional periods of exclusivity to which Plaintiff is or becomes entitled.

5.    Such further and other relief as this Court deems proper and just, including any appropriate relief under 35 U.S.C. § 285.

Dated: January 19, 2018                          Respectfully submitted,

Of Counsel:                                              FARNAN, LLP

Amy K. Wigmore                                  /s/ Michael J. Farnan
Gregory H. Lantier                               Joseph J. Farnan, Jr. (Bar No. 100245)
Tracey C. Allen                                     Brian E. Farnan (Bar No. 4089)
Heather M. Petruzzi                             Michael J. Farnan (Bar No. 5165)
Jeffrey T. Hantson                               919 N. Market Str., 12th Floor
Wilmer Cutler Pickering Hale and Dorr LLP   Wilmington, DE 19801
1875 Pennsylvania Ave, NW                Tel: (302) 777-0300
Washington, DC 20006                        Fax: (302) 777-0301
202-663-6000                                       farnan@farnanlaw.com
202-663-6363                                       bfarnan@farnanlaw.com
                                                            mfarnan@farnanlaw.com

                                                            *Counsel for Plaintiff Bristol-Myers Squibb Company*